Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>ESA P PORTFOLIO LLC,<br><br>Defendant. | Case No: 5:18-cv-01765-NC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 10th day of July, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE


/s/ Stuart K. Tubis
Stuart K. Tubis (278278)
Attorneys for Defendant